IN THE STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**CIVIL LAWSUIT**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 13 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Yvetta D. Green ) Civil Case
205 Talbot Court ) No: 1-22-cv-04218 - SDG
McDonough, GA 30253 )
 )       * Real Estate Lawsuit)
 )    Residential Mortgage Fraud
------------------------------------------ )    Code 16 – 8 - 102
       Plaintiff,  )
 )           * Real Property*
       v/s )

U.S Bank National Association, AS Legal Title Trustee
For Truman 2016 SC6 Title Trust - Corporate Assignee of Security Deed
                &
c/o Rushmore Loan Management Services LLC
    Office License No. 103651
------------------------------------------
        Defendants,

## MOTION FOR EXTENSION FOR MORE DEFINITE STATEMENT

   COME NOW, I YVETTA D. GREEN (Plaintiff) pro se, 205 Talbot CT. McDonough, Ga 30253, Phone #678-467-4410 Asking this Honorable Court to grant me an Extension to prepare for a More Definite Statement {Docs. 8}
   Need more time to prepare my case for More definite Statements.

Sign _____
           1/12/2023

## Certificate of Service

I hereby certify that I have, this 12th day of January 2022 [3] served all parties in this matter with the foregoing by Placing a true and correct copy of same in the United States Mail, with first class prepaid postage affixed thereto, properly addressed as follows:

Bret J. Chaness
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (telephone)
(404) 508-9203 (facsimile)
bchaness@rlselaw.com
Attorney for Rushmore Loan Management Services, LLC and
U.S Bank National Association, AS Legal Title Trustee for Truman 2016 SC6 title Trust


Plaintiff: Pro se  Yvetta D. Green
            205 Talbot Ct
             McDonough, GA 30253
            678-467-4410
            Yvetta.green @yahoo.com