# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| YVETTA D. GREEN, | :: | |
| | :: | |
| Plaintiff, | :: | CIVIL ACTION NO. |
| | :: | 1:22-cv-04218-SDG-RGV |
| v. | :: | |
| | :: | |
| RUSHMORE LOAN | :: | |
| MANAGEMENT SERVICES, LLC, | :: | |
| | :: | |
| Defendant. | :: | |

## ORDER

Pending before the Court is plaintiff's "Motion for Extension for More Definite Statement," [Doc. 14], which the Court construes as a motion for extension of time to respond to defendant's motion to dismiss, [Doc. 12]. Having considered the matter, it is **ORDERED** that plaintiff's motion for extension of time, [Doc. 14], is **GRANTED**. The time for plaintiff to respond to defendant's motion to dismiss, [Doc. 12], is extended to February 3, 2023.

**IT IS SO ORDERED**, this 20th day of January, 2023.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE