IN THE STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 3 0 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

CIVIL LAWSUIT

| | |
|---|---|
| Yvetta D. Green | ) Civil Case |
| 205 Talbot Court | ) No: 1-22-cv-04218 - SDG |
| McDonough, GA 30253 | ) |
| | )    * Real Estate Lawsuit) |
| | ) Residential Mortgage Fraud |
| ------------------------------------------------------------ ) | Code 16 – 8 - 102 |
| Plaintiff, | ) |
| | )       * Real Property* |
| V/S | ) |

U.S Bank National Association, AS Legal Title Trustee
For Truman 2016 SC6 Title Trust - Corporate Assignee of Security Deed
                &
 c/o Rushmore Loan Management Services LLC
      Office License No. 103651
------------------------------------------------------------------------
          Defendants,

## MOTION FOR EXTENSION FOR MORE TIME ADD TO MY
## EXTENSION: <u>8 MONTHS NEEDED</u>

   COME NOW, I YVETTA D. GREEN (Plaintiff) pro se, 205 Talbot
CT. McDonough, Ga 30253, Phone #678-467-4410
 Asking this Honorable Court to grant me an Extension to
prepare for a More Definite Statement {Docs.  8}
   Need more time to prepare my case for More Definite
Statements.

                                                                  1.

**Need more time to Receive Documents from Rushmore**
 **(Requested on January the 30, 2023)**

**1. Mortgage Statements 12 months, each year**
   **For: 2021**
        **2022**


**2. Annual Escrow Account Disclosure Statements each year**
   **For: 7/1/2018**
        **7/1/2019**
        **6/1/2020**
        **6/1/2021**
        **6/1/2022**


**3. Mortgage Interest Statement (Form 1098)**
   **For: 2018**
        **2019**
        **2020**
        **2021**
        **2022**


**4. Insurance renewal letter**
   **For: 2018 - 2023**


**5. Chapter 13 Dismissal Letter 7/17/2020**

**Sign** _____
        **1/30/2023**

**2.**

**Note:** I'm still Receiving paperwork from Rushmore, with their letterhead logo in black and white color and not in color. It appears that I'm receiving copies of Documents from Rushmore, who is receiving original paperwork I'm not in bankruptcy.
*I'm asking Rushmore if this is a fraudulent loan for loan #7601047035, and why on my credit report Rushmore is not listed as the server for the MRO.

* I received the envelope from the United states District Court and the letter inside look like forgery copy, because it do not have a date on it stamp from the courthouse. Received this letter on January the 24th and the envelope was sealed with tape on the back.

*U.S. Bank National Association, AS legal title trustee Truman SC6 Title Trust is still a part of my lawsuit I did not remove them.

                    Yvetta D. Green
                    1/30/2023


            See Exhibit "A" 1 - 13


                                                    3.

# EXHIBIT "A"



15480 Laguna Canyon Road
Suite 100
Irvine, CA 92618
888.699.5600 toll free
949.341.0777 local
949.341.2200 fax
www.rushmorelm.com



January 20, 2023


Yvetta D. Green
205 Talbot Ct.
McDonough, GA 30253

RE:    Mortgagor – Yvetta D. Green
       Property Address – 205 Talbot Court, McDonough, GA 30253
       Loan Number – 7601047035

Dear Yvetta D. Green:

Rushmore Loan Management Services LLC ("Rushmore") is responding to your correspondence dated received by our office on December 9, 2022, regarding the mortgage loan account referenced above.

This communication is for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code.

As previously explained in prior communication, because of the active litigation, the online profile you created on Rushmore's website was suspended.  However, since then effective December 5, 2022, Rushmore updated its records removing the litigation coding and changing your access to online features such as payment remittance.

As of the date of this correspondence, the account is contractually due for the February 1, 2023, monthly installment. Should you have any additional questions, please do not hesitate to contact us.

Customer Service Department
Monday through Friday, 8:00 a.m. to 6:00 p.m. Central Standard Time
Toll-free number: 1.888.504.6700

Sincerely,


Customer Correspondence Department
Rushmore Loan Management Services, LLC

By USPS


Rushmore Loan Management Services is a debt collector, who is attempting to collect a debt.  Any information obtained will be used for that purpose. If this debt is in or has been discharged in a bankruptcy proceeding, be advised this communication is not an attempt to collect the debt against you. Please note, however, we reserve the right to exercise the legal rights only against the property securing the original obligation. If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this letter is being sent for information purposes only and does not constitute personal liability with respect to the debt.





15480 Laguna Canyon Road
Suite 100
Irvine, CA 92618
888.699.5600 toll free
949.341.0777 local
949.341.2200 fax
www.rushmorelm.com



Yvetta D. Green
205 Talbot Ct.
McDonough, GA 30253

12:37

# ✕  CreditWise®

## Public Records  >



Number of records provided by county, state, and federal courts.

## 2 Total

## Personal Information  >

Information that you've supplied to lenders.

# YVETTA DENISE GREEN

**Birth Date**                    Dec 20, 1970

**Phone Number**            (678) 467-4410

**Address**    205 Talbot Ct Mcdonough, GA 30253

**Employer Name**                    PBH INC ~~wrong~~

Note: I work for PVH Corp.

* I have not been receiving mail from
1/10/23 - @ 205 Talbot Ct McDonough, GA
                    (Don't know why)

III          O          <

12:40

✕     **CreditWise®**

## Public Records



### Chapter 13 Bankruptcy
**Bankruptcy**                    Jan 23, 2017  ⌃

## About

A legal filing in court that happens when someone
doesn't have enough money to pay back what they
owe. This process typically removes responsibility for all
or some of the debt.

## Summary

| | |
|---|---|
| **Classification** | Bankruptcy |
| **Status** | Dismissed |
| **Responsibility** | Individual |
| **Date Updated** | Not Reported |
| **Date Resolved** | Jul 17, 2020 |

## Filing Info

| | |
|---|---|
| **Court Name** | U.S. Bankruptcy Court |
| **Court Number** | Not Reported |

III          O          ❬

12:40

## ✕ CreditWise®

Date Resolved                                       Jul 17, 2020

# Filing Info



| | |
|---|---|
| **Court Name** | U.S. Bankruptcy Court |
| **Court Number** | Not Reported |
| **Division** | Not Reported |
| **Reference Number** | 1751238 |
| **Industry** | Miscellaneous |
| **Trustee** | Not Reported |
| **Company** | Not Reported |
| **Third Party** | Not Reported |

# Financial Info

| | |
|---|---|
| **Asset Amount** | $0 |
| **Liability Amount** | $0 |
| **Exempt Amount** | $0 |

🔧 See something wrong?

## Chapter 7 Bankruptcy

Aug 27, 2013  ⌄





× **CreditWise®**



## Chapter 7 Bankruptcy
Bankruptcy

**Aug 27, 2013** ^

## About

A legal filing in court that happens when someone doesn't have enough money to pay back what they owe. This process typically removes responsibility for all or some of the debt.

## Summary

| | |
|---|---|
| **Classification** | Bankruptcy |
| **Status** | Discharged |
| **Responsibility** | Individual |
| **Date Updated** | Not Reported |
| **Date Resolved** | Dec 11, 2013 |

## Filing Info

| | |
|---|---|
| **Court Name** | U.S. Bankruptcy Court |
| **Court Number** | Not Reported |
| **Division** | Not Reported |
| **Reference Number** | 1368667 |

|||        O        <

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S W
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS

ATLANTA METRO 3

23 JAN 2023 PM 7



US POSTAGE MPITNEY BOWES

ZIP 30303  **$ 000.57⁰**
02 1W
0001383857 JAN 20  2023

Yvetta D. Green
205 Talbot Court
McDonough, GA 30253

0253-678206



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S W
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS

ATLANTA METRO 3
23 JAN 2023 PM 7

US POSTAGE PITNEY BOWES

ZIP 30303
02 1W
0001383857 JAN 20. 2023

$ 000.57⁰



0253-678205





## Orders on Motions

1:22-cv-04218-SDG-RGV Green v. Rushmore Loan Management Services LLC

4months,SDGLC3



### U.S. District Court

### Northern District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 1/20/2023 at 4:04 PM EST and filed on 1/20/2023
**Case Name:**       Green v. Rushmore Loan Management Services LLC
**Case Number:**     1:22-cv-04218-SDG-RGV
**Filer:**
**Document Number:** 15

**Docket Text:**
**ORDER granting [14] Motion for Extension of Time. The time for plaintiff to respond to defendant's motion to dismiss [12] is extended to February 3, 2023. Signed by Magistrate Judge Russell G. Vineyard on 1/20/23. (rlh)**

**1:22-cv-04218-SDG-RGV Notice has been electronically mailed to:**

Bret Jacob Chaness     bchaness@rubinlublin.com, BJC-ECF-Notifications@rubinlublin.com

**1:22-cv-04218-SDG-RGV Notice has been delivered by other means to:**

Yvetta D. Green
205 Talbot Court
McDonough, GA 30253

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=1/20/2023] [FileNumber=13025971-0] [9aa9ee14686b39e6615f7332d25b518586430d3ec00bcc3dd08b2bf01d49da5b6c 02a50bab08d62d577fc14bd0bf39f4927c4ff76042d279cbf1b55400c5dd4e]]





Yvetta D. Green
205 Talbot Court
McDonough, GA 30253

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*  **ATTENTION**  \*\*\*\*\*\*\*\*\*\*\*\*\*\*

Attorney Registration for Electronic Case Filing (ECF)

Electronic Filing became mandatory for all attorneys effective July 15, 2005. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, visit our website at http://www.gand.uscourts.gov for information on obtaining ECF access.

BK: 15420 PG: 203
Filed and Recorded Aug-25-2017 03:33:10PM
DOC#: D2017-022718
BARBARA A. HARRISON
CLERK OF SUPERIOR COURT Henry County GA.



⑬

Recording Requested By: WELLS FARGO BANK, N.A.
When Recorded Return To: Xee Vang, WELLS FARGO BANK, N.A. 1000 BLUE GENTIAN RD #200 MAC:
N9289-018, EAGAN, MN 55121-4400

**CORPORATE ASSIGNMENT OF SECURITY DEED**

Henry, Georgia
"GREEN"

*Exhibit C*
*Part 5*

PREPARED BY: WELLS FARGO BANK, N.A.

Date of Assignment: August 17th, 2017
Assignor: WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WACHOVIA
MORTGAGE, FEDERAL SAVINGS BANK at 1 HOME CAMPUS, DES MOINES, IA 50328
Assignee: US BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE
TRUST at 15480 LAGUNA CANYON ROAD, SUITE 100, IRVINE, CA 92618

Executed By: YVETTA D GREEN, HER HEIRS AND ASSIGNS To: WACHOVIA MORTGAGE, FSB
Date of Security Deed: 04/29/2008 Recorded: 05/07/2008 In Book/Reel/Liber: 10859 Page/Folio: 38 In the County
of Henry, State of Georgia.

Property Address: 205 TALBOT CT, MCDONOUGH, GA 30253-6782

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of
which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said
Security Deed having an original principal sum of $97,400.00 with interest, secured thereby, and the full benefit of all
the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and
conveys unto the said Assignee, the Assignor's interest under the Security Deed.

TO HAVE AND TO HOLD the said Security Deed, and the said property unto the said Assignee forever, subject
to the terms contained In said Security Deed.

WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WACHOVIA MORTGAGE,
FEDERAL SAVINGS BANK
On  8/22/2017

By _____
Xee Vang
Vice President Loan Documentation

THE FOLLOWING PERSONS HAVE WITNESSED THE EXECUTION OF THIS DOCUMENT:

WITNESS

_____
Deraje D. Sadada

NOTARY WITNESS

STATE OF Minnesota
COUNTY OF Dakota

Subscribed and sworn to (or affirmed) before me on **8-22-17**, by
____Xee Vang____, proved to me on the basis of satisfactory evidence to be the person(s)
who appeared before me.

WITNESS my hand and official seal,

_____
Jay Kenneth Sandahl
Notary Expires: 1/31/19

JAY KENNETH SANDAHL
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/19

(This area for notarial seal)

RECEIVED IN OFFICE
HENRY COUNTY
CLERK OF SUPERIOR COURT
2017 AUG 25  AM 11: 18

## Certificate of Service

I hereby certify that I have, this 30th day of January 2023 served all parties in this matter with the foregoing by Placing a true and correct copy of same in the United States Mail, with first class prepaid postage affixed thereto, properly addressed as follows:

Bret J. Chaness
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (telephone)
(404) 508-9203 (facsimile)
bchaness@rlselaw.com
Attorney for Rushmore Loan Management Services, LLC and
U.S Bank National Association, AS Legal Title Trustee for Truman
2016 SC6 title Trust


Plaintiff: Pro Se  Yvetta D. Green
            205 Talbot Ct
             McDonough, GA 30253
            678-467-4410
            Yvetta.green @yahoo.com

## EXHIBIT A: CERTIFICATE OF COMPLIANCE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

*Amended 1/12/23*

| | |
|---|---|
| YVETTA D. GREEN | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1-22-cv-04218 |
| v. | ) SDG |
| | ) |
| RUSHMORE LOAN MANAGEMENT | ) |
| SERVICES, LLC   & | |
| U.S Bank National Association, AS | |
| Legal title trustee for Truman 2016 | |
| SC6 Title Trust | ) |
| | ) |
| Defendants, | ) |
| | ) |

## CERTIFICATE OF COMPLIANCE

I Yvetta D. Green Plaintiff hereby certify that I read the Court's Standing Order Regarding Civil Litigation and that I will comply with its provisions during the pendency of this action.

Signature of pro se _____ 1/12/2022