## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| YVETTA D. GREEN, | :: | |
| Plaintiff, | :: | CIVIL ACTION NO. |
| | :: | 1:22-cv-04218-SDG-RGV |
| v. | :: | |
| | :: | |
| RUSHMORE LOAN | :: | |
| MANAGEMENT SERVICES, LLC, | :: | |
| Defendant. | :: | |

## ORDER

Pending before the Court is plaintiff's motion for an 8-month extension of time to respond to defendant's motion to dismiss, or in the alternative, for a more definite statement, [Doc. 16], which defendant opposes, [Doc. 17]. Having considered the matter, it is **ORDERED** that plaintiff's motion for extension of time, [Doc. 17], is **DENIED**. The Court previously extended the time for plaintiff to respond to defendant's motion to dismiss, or in the alternative, for a more definite statement, [Doc. 15], and plaintiff has not shown good cause for another lengthy extension, as requested. However, plaintiff shall have through and including February 10, 2023, to file her response to the defendant's motion to dismiss or in the alternative, for a more definite statement. [Doc. 12].

**IT IS SO ORDERED**, this 3rd day of February, 2023.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE