**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| YVETTA D. GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES, LLC, and U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>    Defendants. | Case No. 1:22-cv-04218-SDG-RGV |

## DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR EXTENSION OF TIME

COME NOW, Rushmore Loan Management Services, LLC ("Rushmore") and U.S. Bank National Association, as Legal Title Trustee for Truman 2016 SC6 Title Trust ("U.S. Bank") (collectively, "Defendants"), and file this Response in Opposition to the Plaintiff's Amended Motion for Extension of Time [Doc. 19], respectfully showing this Honorable Court as follows:

    1.    On January 30, 2023, the Plaintiff filed a Motion for Extension of Time, seeking an astounding *eight-month* extension of time to respond to the

1

Defendants' Motion to Dismiss, or in the alternative, for More Definite Statement. *See* [Doc. 16].

2.      The Defendants responded in opposition to that motion on February 2, 2023, arguing that the Plaintiff failed to show good cause to obtain a further extension (this Court already granted a prior extension until February 3, 2023, *see* [Doc. 15]).

3.      On February 3, 2023, this Court entered an Order denying the Motion for Extension of Time. [Doc. 18]. The Order stated that the Plaintiff failed to show "good cause for another lengthy extension, as requested." *Id.* However, this Court gave the Plaintiff until February 10, 2023, to respond to the Motion to Dismiss, or in the alternative, for More Definite Statement. *Id.*

4.      Rather than responding by February 10, the Plaintiff simply ignored this Court's Order and filed *another* Motion for Extension of Time, *again* requesting *eight months* "to prepare for this case." [Doc. 19] at p. 1. At this point, the Plaintiff is simply making a mockery of this case and the motion is due to be denied for the same reasons as her prior motion, since nothing new has been presented.

5.      The Defendants assert that the Motion to Dismiss, or in the alternative, for More Definite Statement, should be granted as unopposed. *See* LR

7.1(B) (N.D. Ga.). The Plaintiff has been given ample time to file a response, and

she has failed to do so.

Respectfully submitted, this 13th day of February, 2023.

> */s/ Bret J. Chaness*
> BRET J. CHANESS (GA Bar No. 720572)
> **RUBIN LUBLIN, LLC**
> 3145 Avalon Ridge Place, Suite 100
> Peachtree Corners, GA 30071
> (678) 281-2730 (Telephone)
> (470) 508-9203 (Facsimile)
> bchaness@rlselaw.com
>
> *Attorney for Rushmore Loan Management Services, LLC and U.S. Bank National Association, as Legal Title Trustee for Truman 2016 SC6 Title Trust*

## **FONT CERTIFICATION**

The undersigned counsel hereby certifies that the within and foregoing was

prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 13th day of February, 2023.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 13th day of February, 2023, served all parties in this matter with the foregoing by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

> Yvetta D. Green
> 205 Talbot Court
> McDonough, GA 30253

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)

5